**Fill in this information to identify the case:**

Debtor name **Epic Retail Fowler, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known) **18-bk-7794-CED**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................... $ 2,089,951.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ 80,429.79

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. $ 2,170,380.79

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 2,982,820.59

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$ 197,883.57

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b           $ 3,180,704.16

**Fill in this information to identify the case:**

Debtor name     **Epic Retail Fowler, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **18-bk-7794-CED**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pilot Bank** | **Checking** | | **$4,941.28** |
| 3.2. | **Regions Bank** | **Checking** | | **$47,989.10** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $52,930.38 |
|---|

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Epic Retail Fowler, LLC** | | Case number *(If known)* **18-bk-7794-CED** |
| | Name | | |

| 11a. 90 days old or less: | 27,499.41 | - | 0.00 | = .... | $27,499.41 |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $27,499.41 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Epic Retail Fowler, LLC** | Case number *(If known)* **18-bk-7794-CED** |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Real property located at  5122 E. Fowler Ave., Tampa, Florida (tax assessed value listed) Folio Nos.: 5122-139440-0000 & 139440-0100 5100-139442-0000 5126-036645-0000 5104-036662-0000** | Fee Simple | Unknown | Tax Assessed | $2,089,951.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | **$2,089,951.00** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☑ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ☑ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

| **Claims against Dorman Cheatwood, LLC** | **Unknown** |
|---|---|
| Nature of claim | |
| Amount requested | Unknown |

Debtor  **Epic Retail Fowler, LLC**                                     Case number *(If known)*  **18-bk-7794-CED**
Name

| **Claims against Zhangjin Xu** | **Unknown** |
|---|---|
| **Nature of claim** | **Breach of lease and eviction; lease damages** |
| **Amount requested** | Unknown |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

Debtor    **Epic Retail Fowler, LLC**
       Name
Case number *(If known)*  **18-bk-7794-CED**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $52,930.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $27,499.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................> | | $2,089,951.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $80,429.79 | + 91b. $2,089,951.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,170,380.79 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew J. Hupp, Manager of** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | **18-bk-7794-CED** |
| (if known) | |

☐ Check if this is an
  amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: Line from *Schedule A/B*: | _____ | ☐ _____ | |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify the case:**

Debtor name **Epic Retail Fowler, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known) **18-bk-7794-CED**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| | |
|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |

**2.1 CenterState Bank, N.A. , successor to**
Creditor's Name

Jefferson Bank of Florida
200 S. Indian River Dr.
Fort Pierce, FL 34950
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**0002,0001**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CenterState Bank, N.A. , successor to**
**2. HB Retail Little, LLC**

Describe debtor's property that is subject to a lien
**Real property located at 5122 E. Fowler Ave., Tampa, Florida (tax assessed value listed)**
**Folio Nos.:**
**5122-139440-0000 & 139440-0100**
**5100-139442-0000**
**5126-036645-0000**
**5104-036662-0000**

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$2,862,820.59**    Value of collateral: **$2,089,951.00**

**2.2 HB Retail Little, LLC**
Creditor's Name

907 S. Ft. Harrison Ave., #102
Clearwater, FL 33756
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Real property located at 5122 E. Fowler Ave., Tampa, Florida (tax assessed value listed)**
**Folio Nos.:**
**5122-139440-0000 & 139440-0100**
**5100-139442-0000**
**5126-036645-0000**
**5104-036662-0000**

Describe the lien
**Mortgage**

Amount of claim: **$120,000.00**    Value of collateral: **$2,089,951.00**

| Debtor | **Epic Retail Fowler, LLC** | | Case number (if know) | **18-bk-7794-CED** |
|---|---|---|---|---|
| | Name | | | |

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,982,820.59 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CenterState Bank**<br>**P.O. Box 9602**<br>**Winter Haven, FL 33883** | Line __2.1__ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **Epic Retail Fowler, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)   **18-bk-7794-CED**

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$385.00**

**Avid Group**
**2300 Curlew Rd., #201**
**Palm Harbor, FL 34683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$5,713.61**

**Justin Basil**
**2419 W. Kennedy Blvd., #100**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**Dorman Cheatwood, LLC**
**5112 E. Fowler Ave.**
**Tampa, FL 33617**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$60.00**

**EMS of Central Florida, Inc.**
**7906 Clark Moody Blvd.**
**Port Richey, FL 34668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Epic Retail Fowler, LLC** | Case number (if known) | **18-bk-7794-CED** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,485.61 |
|---|---|---|---|

**FWH Architects**
**3336 Grand Blvd., #201**
**Holiday, FL 34690**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,293.00 |
|---|---|---|---|

**HB Retail Little, LLC**
**907 S. Ft. Harrison Ave., #102**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Hillsborough County Sheriff's Office**
**P.O. Box 3371**
**Tampa, FL 33601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,777.00 |
|---|---|---|---|

**Holland & Knight, LLP**
**P.O. Box 864084**
**Orlando, FL 32886**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,163.79 |
|---|---|---|---|

**Hupp Management, LLC**
**907 S. Ft. Harrison Ave., #102**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Hupp**
**907 S. Ft. Harrison Ave., #102**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,946.97 |
|---|---|---|---|

**Lennox Law, P.A.**
**5100 W. Kennedy Blvd., #120**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Epic Retail Fowler, LLC** | Case number (if known) | **18-bk-7794-CED** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Metropointe, LLC**
**907 S. Ft. Harrison Ave., #102**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MRG Pizza-N. Central Florida, LLC**
**c/o Millennial Restaurant Group, LLC**
**10350 Ormsby Park Place #202**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  For noticing purposes

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MVP University Tampa OPCO, LLC**
**4343 Anchor Plaza Parkway, #1**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  For noticing purposes

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Strategic Commercial Construction**
**907 S. Ft. Harrison Ave., #102**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Take 5 Properties SPV, LLC**
**440 Church St., #700**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  For noticing purposes

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Take 5, LLC**
**2450 Severn Ave., #308**
**Metairie, LA 70001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  For noticing purposes

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332.48** |
|---|---|---|---|

**TECO**
**P.O. Box 31318**
**Tampa, FL 33631-3318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Epic Retail Fowler, LLC** | Case number (if known) | **18-bk-7794-CED** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.58 |
|---|---|---|---|
| | **UPSwing Enterprises, Inc.**<br>**611 S. Ft. Harrison Ave.**<br>**Clearwater, FL 33756** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $221.53 |
|---|---|---|---|
| | **West Central Wash Systems, Inc.**<br>**P.O. Box 579**<br>**East Lime St.**<br>**Tarpon Springs, FL 34689** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|
| | **Works Car Wash, The**<br>**7028 W. Waters Ave., Box 134**<br>**Tampa, FL 33634** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Zhangjin Xu**<br>**c/o Kevin A. DiTanna, Esq.**<br>**505 E. Jackson St., #207**<br>**Tampa, FL 33602** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ■ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Law Office of Leighton J. Hyde, PA**<br>**4100 W. Kennedy Blvd., #213**<br>**Tampa, FL 33609** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | __ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 197,883.57 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 197,883.57 |

**Fill in this information to identify the case:**

Debtor name    **Epic Retail Fowler, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **18-bk-7794-CED**

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of property at 5122 E. Fowler Ave., Tampa, Florida** | |
| | State the term remaining | | **Take 5 Properties SPV, LLC** |
| | List the contract number of any government contract | | **440 Church St., #700** **Charlotte, NC 28202** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of real property located at 5104/5108 E. Fowler Ave., Tampa, Florida** **Expired** | |
| | State the term remaining | | **Zhangjin Xu** **c/o Kevin A. DiTanna, Esq.** |
| | List the contract number of any government contract | | **505 E. Jackson St., #207** **Tampa, FL 33602** |

**Fill in this information to identify the case:**

Debtor name    **Epic Retail Fowler, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **18-bk-7794-CED**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Andrew Hupp** | | **CenterState Bank, N.A. , successor to** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2  **Justin Basil** | | **CenterState Bank, N.A. , successor to** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Epic Retail Fowler, LLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION</td></tr>
<tr><td colspan="2">Case number (if known)   <strong>18-bk-7794-CED</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
■ Schedule H: Codebtors (Official Form 206H)
■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/1/2018   X _____
Signature of individual signing on behalf of debtor

**Andrew J. Hupp, Manager of**
Printed name

**Hupp Holdings, LLC, Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Epic Retail Fowler, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **18-bk-7794-CED**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Rents** | $188,210.68 |
   | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other   **Gross Rents** | $299,298.00 |
   | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Gross Rents** | $164,111.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Epic Retail Fowler, LLC | Case number (if known) | 18-bk-7794-CED |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attachment** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Epic Retail Fowler, LLC v Zhangjin Xu**<br>**Case No. 2017-CA-1341** | **Eviction** | **Hillsborough County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Dorman Cheatwood, LLC v Epic Retail Fowler, LLC**<br>**Case No. 2016-CA-9085** | | **Hillsborough County Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## Epic Retail Fowler, LLC

9/27/2018 3:27 PM

Register: 10135-1 · Pilot Bank-CAR WASH
From 06/14/2018 through 09/14/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/15/2018 | 1039 | The Works Car Wash | 20000 · Accounts Paya... | Fowler Car Wa... | 1,200.00 | X | | 2,012.90 |
| 06/26/2018 | 6-02 | | 41400 · Income - Car ... | To record deposit | | X | 199.00 | 2,211.90 |
| 06/30/2018 | | | 60300 · Bank Service ... | Service Charge | 33.00 | X | | 2,178.90 |
| 07/20/2018 | 7-04 | | 41400 · Income - Car ... | Car Wash proc... | | X | 1,080.00 | 3,258.90 |
| 07/25/2018 | 1040 | The Works Car Wash | 20000 · Accounts Paya... | Fowler Car Wa... | 1,200.00 | | | 2,058.90 |
| 07/31/2018 | | | 60300 · Bank Service ... | Service Charge | 33.00 | X | | 2,025.90 |
| 08/01/2018 | 1041 | West Central Wash S... | 20000 · Accounts Paya... | | 298.62 | X | | 1,727.28 |
| 08/07/2018 | 7-09 | | 41400 · Income - Car ... | Car wash proce... | | X | 143.00 | 1,870.28 |
| 08/15/2018 | 1044 | The Works Car Wash | 20000 · Accounts Paya... | Fowler Car Wa... | 1,200.00 | | | 670.28 |
| 08/24/2018 | 7-10 | | 41400 · Income - Car ... | car wash proce... | | X | 965.00 | 1,635.28 |
| 08/31/2018 | | | 60300 · Bank Service ... | Service Charge | 33.00 | X | | 1,602.28 |
| 09/13/2018 | 1045 | The Works Car Wash | 20000 · Accounts Paya... | VOID: Fowler ... | | X | | 1,602.28 |

# Epic Retail Fowler, LLC

9/27/2018 3:28 PM

Register: 10150-7 · Regions Checking-Retail Center
From 06/14/2018 through 09/14/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/14/2018 | 6-02 | | 25000 · Due to:DT-01 ... | Loan from Met... | | X | 5,000.00 | 20,934.85 |
| 06/15/2018 | 1361 | Accent Lawn Care | 20000 · Accounts Paya... | Inv # A11015 | 333.00 | X | | 20,601.85 |
| 06/15/2018 | 1362 | Avid Group | 20000 · Accounts Paya... | 151758 | 2,892.50 | X | | 17,709.35 |
| 06/15/2018 | 1363 | CenterState Bank of ... | 20000 · Accounts Paya... | 2165510002 | 7,253.19 | X | | 10,456.16 |
| 06/15/2018 | 1364 | City of Tampa Utilities | 20000 · Accounts Paya... | | 3,510.72 | X | | 6,945.44 |
| 06/15/2018 | 1365 | Extreme Surveying | 20000 · Accounts Paya... | Inv # 3604 | 2,555.00 | X | | 4,390.44 |
| 06/15/2018 | 1366 | Hillsborough County... | 20000 · Accounts Paya... | Admin & Mile... | 144.00 | X | | 4,246.44 |
| 06/15/2018 | 1367 | Travis A Robbins | 20000 · Accounts Paya... | 6.14.18 | 120.00 | X | | 4,126.44 |
| 06/22/2018 | 1368 | Shanea Rufus | 20000 · Accounts Paya... | 6.21.18 | 120.00 | X | | 4,006.44 |
| 06/25/2018 | 1369 | Edward Quezada | 20000 · Accounts Paya... | Hillsborough ... | 120.00 | X | | 3,886.44 |
| 06/25/2018 | 1370 | CenterState Bank of ... | 20000 · Accounts Paya... | VOID: 216551... | | X | | 3,886.44 |
| 06/27/2018 | 1371 | CenterState Bank of ... | 20000 · Accounts Paya... | 2165510001 | 11,718.96 | X | | -7,832.52 |
| 06/27/2018 | 6-03 | | 25000 · Due to:DT-02 ... | Loan from Hup... | | X | 15,000.00 | 7,167.48 |
| 06/29/2018 | 1375 | CenterState Bank of ... | 20000 · Accounts Paya... | 2165510001 | 11,718.96 | X | | -4,551.48 |
| 06/29/2018 | 1376 | Travis A Robbins | 20000 · Accounts Paya... | 6.28.18 | 120.00 | X | | -4,671.48 |
| 06/29/2018 | 6-04 | | 25000 · Due to:DT-02 ... | Loan from Met... | | X | 10,000.00 | 5,328.52 |
| 07/01/2018 | | TECO | 20000 · Accounts Paya... | | 333.62 | X | | 4,994.90 |
| 07/01/2018 | 1373 | EMS of Central Flori... | 20000 · Accounts Paya... | 34437 | 60.00 | X | | 4,934.90 |
| 07/01/2018 | 1374 | Evie Annette Ward, ... | 20000 · Accounts Paya... | July 2018 | 500.00 | X | | 4,434.90 |
| 07/02/2018 | | TAKE 5 LLC | 11200 · Accounts Rece... | | | X | 8,730.17 | 13,165.07 |

# Epic Retail Fowler, LLC

9/27/2018 3:28 PM

Register: 10150-7 · Regions Checking-Retail Center
From 06/14/2018 through 09/14/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 07/02/2018 | | CDBS | 11200 · Accounts Rece... | | | X | 10,843.33 | 24,008.40 |
| 07/02/2018 | 1377 | Shanea Rufus | 20000 · Accounts Paya... | 6.29.18 | 120.00 | X | | 23,888.40 |
| 07/02/2018 | 1378 | Lennox Law, P.A. | 20000 · Accounts Paya... | | 17,973.02 | X | | 5,915.38 |
| 07/09/2018 | 1379 | Accent Lawn Care | 20000 · Accounts Paya... | Inv # A11133 | 333.00 | X | | 5,582.38 |
| 07/09/2018 | 1380 | City of Tampa | 20000 · Accounts Paya... | | 309.40 | X | | 5,272.98 |
| 07/09/2018 | 1381 | Shanea Rufus | 20000 · Accounts Paya... | 7.5.18 | 120.00 | X | | 5,152.98 |
| 07/09/2018 | 1382 | Susan Faul | 20000 · Accounts Paya... | 7.6.18 | 120.00 | X | | 5,032.98 |
| 07/09/2018 | 1383 | Hillsborough County... | 20000 · Accounts Paya... | Admin & Mile... | 160.00 | X | | 4,872.98 |
| 07/11/2018 | DEBIT | Florida Dept of Reve... | -split- | | 966.78 | X | | 3,906.20 |
| | | | Sales Tax Payable | | -991.57 | | | |
| | | | Sales Tax Payable | | 24.79 | | | |
| 07/11/2018 | 1384 | CenterState Bank of ... | 20000 · Accounts Paya... | 21655-10002 | 7,450.19 | X | | -3,543.99 |
| 07/11/2018 | 7-01 | | 25000 · Due to:DT-02 ... | Loan from Hup... | | X | 10,000.00 | 6,456.01 |
| 07/16/2018 | 1385 | Shanea Rufus | 20000 · Accounts Paya... | 7.13.18 | 120.00 | X | | 6,336.01 |
| 07/16/2018 | 1386 | Susan Faul | 20000 · Accounts Paya... | 7.13.18 | 120.00 | | | 6,216.01 |
| 07/16/2018 | 1387 | Susan Faul | 20000 · Accounts Paya... | 7.12.18 | 120.00 | | | 6,096.01 |
| 07/23/2018 | 1388 | Edward Quezada | 20000 · Accounts Paya... | Hillsborough ... | 120.00 | X | | 5,976.01 |
| 07/23/2018 | 1389 | Shanea Rufus | 20000 · Accounts Paya... | 7.14.18 | 120.00 | X | | 5,856.01 |
| 07/23/2018 | 1390 | Shanea Rufus | 20000 · Accounts Paya... | 7.19.18 | 120.00 | X | | 5,736.01 |
| 07/23/2018 | 1391 | Lennox Law, P.A. | 20000 · Accounts Paya... | | 17,973.01 | X | | -12,237.00 |
| 07/23/2018 | 7-02 | | 31030 · Equity- Justin ... | Contribution fr... | | X | 17,973.02 | 5,736.02 |

## Epic Retail Fowler, LLC

9/27/2018 3:28 PM

Register: 10150-7 · Regions Checking-Retail Center
From 06/14/2018 through 09/14/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/25/2018 | 1392 | CenterState Bank of ... | 20000 · Accounts Paya... | 21655-10001 | 11,842.92 | X | | -6,106.90 |
| 07/25/2018 | 1393 | City of Tampa Utilities | 20000 · Accounts Paya... | 525366-002-7 | 329.67 | X | | -6,436.57 |
| 07/25/2018 | 1394 | South Florida Fence | 20000 · Accounts Paya... | 18-159-15979 | 689.00 | | | -7,125.57 |
| 07/25/2018 | 1395 | TECO | 20000 · Accounts Paya... | | 305.48 | X | | -7,431.05 |
| 07/30/2018 | | CDBS | 11200 · Accounts Rece... | | | X | 10,843.33 | 3,412.28 |
| 07/30/2018 | 1397 | City of Tampa Utilities | 20000 · Accounts Paya... | 0525366-001-0 | 3,280.56 | X | | 131.72 |
| 07/30/2018 | 7-03 | | 25000 · Due to:DT-01 ... | Loan from Hup... | | X | 5,000.00 | 5,131.72 |
| 08/01/2018 | | TAKE 5 LLC | 11200 · Accounts Rece... | | | X | 8,730.17 | 13,861.89 |
| 08/01/2018 | 1396 | Evie Annette Ward, ... | 20000 · Accounts Paya... | August | 500.00 | X | | 13,361.89 |
| 08/03/2018 | 1399 | Ricky A. Deboliac | 20000 · Accounts Paya... | | 120.00 | X | | 13,241.89 |
| 08/06/2018 | 1400 | Edward Quezada | 20000 · Accounts Paya... | Hillsborough ... | 120.00 | X | | 13,121.89 |
| 08/08/2018 | 1401 | CenterState Bank of ... | 20000 · Accounts Paya... | 21655-10002 | 7,508.81 | X | | 5,613.08 |
| 08/08/2018 | 1402 | Hillsborough County... | 20000 · Accounts Paya... | Admin & Mile... | 128.00 | X | | 5,485.08 |
| 08/08/2018 | 1403 | Shanea Rufus | 20000 · Accounts Paya... | Security 07/27 ... | 240.00 | X | | 5,245.08 |
| 08/10/2018 | 1404 | Travis A Robbins | 20000 · Accounts Paya... | 08.09.18 | 120.00 | X | | 5,125.08 |
| 08/13/2018 | 1405 | Jeremy House | 20000 · Accounts Paya... | 08.10.18 | 120.00 | X | | 5,005.08 |
| 08/15/2018 | 1406 | Accent Lawn Care | 20000 · Accounts Paya... | Inv # A11169 | 333.00 | X | | 4,672.08 |
| 08/15/2018 | 1407 | City of Tampa Utilities | 20000 · Accounts Paya... | | 3,710.68 | X | | 961.40 |
| 08/15/2018 | 1408 | EMS of Central Flori... | 20000 · Accounts Paya... | | 305.00 | X | | 656.40 |
| 08/17/2018 | 7-05 | | 25000 · Due to:DT-02 ... | Loan from Met... | | X | 5,000.00 | 5,656.40 |

# Epic Retail Fowler, LLC

9/27/2018 3:28 PM

Register: 10150-7 · Regions Checking-Retail Center

From 06/14/2018 through 09/14/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/20/2018 | EFT0818 | Florida Dept of Reve... | -split- | | 966.78 | X | | 4,689.62 |
| | | | Sales Tax Payable | | -991.57 | | | |
| | | | Sales Tax Payable | | 24.79 | | | |
| 08/20/2018 | 1409 | Desmand Washington | 20000 · Accounts Paya... | 08.18.18 | 120.00 | | | 4,569.62 |
| 08/20/2018 | 1410 | Shanea Rufus | 20000 · Accounts Paya... | 08.17.18 | 120.00 | | | 4,449.62 |
| 08/24/2018 | 1411 | Travis A Robbins | 20000 · Accounts Paya... | 08.23.18 | 120.00 | X | | 4,329.62 |
| 08/27/2018 | | CDBS | 11200 · Accounts Rece... | | | X | 10,843.33 | 15,172.95 |
| 08/28/2018 | 1412 | Shanea Rufus | 20000 · Accounts Paya... | 08/25/18 | 120.00 | | | 15,052.95 |
| 08/30/2018 | 1413 | CenterState Bank of ... | 20000 · Accounts Paya... | 21655-10001 | 11,928.60 | | | 3,124.35 |
| 08/30/2018 | 1414 | Strategic Commercia... | 20000 · Accounts Paya... | Permit Fee | 1,075.45 | X | | 2,048.90 |
| 08/30/2018 | 1415 | TECO | 20000 · Accounts Paya... | | 343.69 | | | 1,705.21 |
| 08/30/2018 | 1416 | West Central Wash S... | 20000 · Accounts Paya... | 8618 Car Wash... | 221.53 | | | 1,483.68 |
| 09/01/2018 | | TAKE 5 LLC | 11200 · Accounts Rece... | | | X | 8,730.17 | 10,213.85 |
| 09/06/2018 | LOAN | HB Retail Little | 25000 · Due to:DT-07 ... | HB Little paid ... | | | 40,000.00 | 50,213.85 |
| 09/06/2018 | Wire | Lennox Law, P.A. | 20000 · Accounts Paya... | Pd by loan fro... | 40,000.00 | | | 10,213.85 |
| 09/06/2018 | 1417 | Evie Annette Ward, ... | 20000 · Accounts Paya... | | 500.00 | | | 9,713.85 |
| 09/06/2018 | 7-08 | | -split- | Loan from HB ... | | | 38,283.00 | 47,996.85 |
| | | | HB Retail Little LLC | Loan from HB ... | | | 38,283.00 | |
| | | | Attorney | Loan from HB ... | | | -41,717.00 | |
| | | | HB Retail Little LLC | Loan from HB ... | | | 41,717.00 | |
| 09/10/2018 | 1418 | Anthem Reporting | 20000 · Accounts Paya... | Transcript Fow... | 1,161.75 | | | 46,835.10 |
| 09/11/2018 | 1419 | Susan Faul | 20000 · Accounts Paya... | 08.31 Security | 120.00 | | | 46,715.10 |
| 09/13/2018 | 1420 | Accent Lawn Care | 20000 · Accounts Paya... | Inv # A11282 | 333.00 | | | 46,382.10 |

## Epic Retail Fowler, LLC

9/27/2018 3:28 PM

Register: 10150-7 · Regions Checking-Retail Center
From 06/14/2018 through 09/14/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 09/13/2018 | 1422 | CenterState Bank of ... | 20000 · Accounts Paya... | 21655--10002 | 7,498.35 | | | 38,883.75 |
| 09/13/2018 | 1423 | City of Tampa Utilities | 20000 · Accounts Paya... | VOID: | | X | | 38,883.75 |
| 09/13/2018 | 1424 | EMS of Central Flori... | 20000 · Accounts Paya... | VOID: Monthl... | | X | | 38,883.75 |
| 09/13/2018 | 1425 | Hillsborough County... | 20000 · Accounts Paya... | VOID: Admin ... | | X | | 38,883.75 |

| Debtor | **Epic Retail Fowler, LLC** | Case number *(if known)* | **18-bk-7794-CED** |
|---|---|---|---|

■ None

---

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stichter, Riedel, Blain & Postler, P.A.** **110 E. Madison St., Suite 200** **Tampa, FL 33602** | **Attorney Fees** | | **$40,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

---

Debtor    **Epic Retail Fowler, LLC**                                    Case number *(if known)*  **18-bk-7794-CED**

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Epic Retail Fowler, LLC** | Case number *(if known)* | **18-bk-7794-CED** |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Zhangjin Xu**<br>**c/o Kevin A. DiTanna, Esq.**<br>**505 E. Jackson St., #207**<br>**Tampa, FL 33602** | | **Tenant Deposit** | **$6,904.82** |

| **Part 12:** | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Epic Retail Fowler, LLC** | Case number *(if known)* | **18-bk-7794-CED** |
|---|---|---|---|

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Willyoung & Co. PA**<br>**4301 West Cayuga St.**<br>**Tampa, FL 33614** | **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Willyoung & Co. PA**<br>**4301 West Cayuga St.**<br>**Tampa, FL 33614** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **CenterState Bank, N.A. , successor to**<br>**Jefferson Bank of Florida**<br>**200 S. Indian River Dr.**<br>**Fort Pierce, FL 34950** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Debtor | **Epic Retail Fowler, LLC** | Case number *(if known)* | **18-bk-7794-CED** |
|---|---|---|---|

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hupp Holdings, LLC | 907 S. Ft. Harrison Ave., #102 Clearwater, FL 33756 | Manager and Membership Holder | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rocwell Investments, LLC | 2419 W. Kennedy Blvd., #100 Tampa, FL 33609 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Justin Basil | 2419 W. Kennedy Blvd., #100 Tampa, FL 33609 | Membership Holder | 50% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Epic Retail Fowler, LLC**                                    Case number *(if known)*  **18-bk-7794-CED**

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          10/1/2018

_____          **Andrew J. Hupp, Manager of**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Hupp Holdings, LLC, Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy